# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT BENNETT, | : | No. 3:19cv521 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| TALEN ENERGY CORPORATION; | : | |
| RIVERSTONE HOLDINGS, LLC; and | : | |
| SUSQUEHANNA NUCLEAR, LLC, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 11th day of October 2019, the defendants motion for partial dismissal (Doc. 8) is hereby **GRANTED**. Count III and Count IV are dismissed from this case. The defendants are directed to file an answer to the remainder of the complaint within twenty-one (21) days from the date of this order.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**